# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00350-CV

### Fundraising, Inc., Appellant

### v.

### Calvin Williams and Mt. Zion Baptist Church, Appellees

### FROM THE COUNTY COURT OF MILAM COUNTY
### NO. CVO 8379, HONORABLE FRANK SUMMERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed its notice of appeal on June 20, 2006, and two volumes of the clerk's record were filed on July 10 and September 29, 2006. On November 20, appellant filed a request for an extension of time to file its brief. This Court granted the motion and extended the briefing deadline sixty days, until January 15, 2007. Appellant did not file its brief, and on February 22, 2007, we sent appellant notice that its brief was overdue and that its appeal was subject to dismissal if it did not respond by March 5. To date, appellant has not responded to this Court. We therefore dismiss the appeal for want of prosecution.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed:   April 12, 2007